United States District Court
Southern District of Texas
FILED

JAN 26 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NATIONAL AMERICAN | § | CIVIL ACTION #C-00-035 |
| | § | |
| VS. | § | |
| | § | |
| THIRD STREET MEDICAL | § | |
| COMPLEX, LTD. | § | JURY DEMANDED |

## PLAINTIFF'S ORIGINAL COMPLAINT FOR DECLARATORY RELIEF

TO THE HONORABLE JUDGE OF THIS COURT:

1.  National American Insurance Company files this suit against Third Street Medical Complex, Ltd. seeking a declaratory judgment pursuant to 28 U.S.C. §2201, and in support thereof shows the Court as follows:

### JURISDICTION AND VENUE

2.  National American Insurance Company (hereinafter "NAICO") is a corporation organized and existing under the laws of the State of Nebraska and has its corporate office in Omaha, Nebraska. NAICO is authorized to write insurance policies in the State of Texas.

3.  Third Street Medical Complex, Ltd. (hereinafter "Third Street") is a Texas Limited Partnership with its business located at 3535 Santa Fe #29, Corpus Christi, Texas, 78411. Third Street may be served with process by certified mail by serving its registered agent William S. Hopkins at 5315 Everhart Road, Suite 21, Corpus Christi, Texas 78411. Third Street may also be served with process by certified mail by serving its general partner, Marco T. Eugenio at 9311 San Pedro Avenue, Suite L1200, San Antonio, Texas, 78216.

DLT/THIRD/19.0001/DECLARAT.ACT/PLDGS

1.

4.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332 because this is a controversy between citizens of different states and there is complete diversity of citizenship. This action seeks a declaration of the Plaintiff's obligations under an insurance policy insuring a commercial building. Third Street has made a claim for loss to the building in the amount of $89,088.38. The amount in controversy exceeds $75,000. Attached as Exhibit A to this Petition is Plaintiff's proof of loss wherein the insured swears its loss is $89,088.38.

5.      Venue is proper pursuant to 28 U.S.C. §1391(a)(2) in the United States District Court of the Southern District, Corpus Christi Division, because all or a substantial part of the events giving rise to this action occurred in this district. In particular, the subject contract of insurance insured property in this district.

## REQUEST FOR DECLARATORY RELIEF

6.      This cause of action is brought pursuant to 28 U.S.C. §2201 to obtain a declaration of the rights of the parties. Third Street has made a claim under its insurance policy for damages allegedly caused by a plumbing leak. NAICO asserts that Third Street's claim is not covered by the insurance policy. In the alternative, NAICO asserts that the most it owes Third Street under the policy is $25,000. For the Court's information, the $25,000 has been paid to defendant. While not admitting coverage, plaintiff has sought to deal fairly with plaintiffs and pay the maximum amount possible owed to the insured.

## THE INSURANCE POLICY

7.      NAICO issued the policy to Third Street covering the commercial building at 3535 Santa Fe #29, Corpus Christi, Texas 78411.

8. In Third Street's Sworn Statement In Proof Of Loss, it states that water damage occurred on January 8, 1999. Third Street claims that it is owed $89,088.38 under the terms of the policy. NAICO disagrees with Third Street due to the policy provisions.

9. Form CP0010 provides the basic coverage in the policy and lists what kind of losses are covered and not covered. The policy states the following are not covered property:

> f. The cost of excavations, grading, backfilling or filling;
>
> g. Foundations of buildings, structures, machinery or boilers if their foundations are below:
>
>> (1) The lowest basement floor; or
>>
>> (2) The surface of the ground, if there is no basement.

The above cited provisions make clear that under the basic coverage form, neither the pipes nor the cost to excavate underneath the building is covered.

10. In the alternative, if there is coverage under the insurance policy, NAICO asserts that the most Third Street can recover under the policy is $25,000. The Property Extension Endorsement, Form CP2005 states:

> You may extend the insurance applying to your Building to apply to loss or damage by a Covered Cause of Loss to your underground pipes, flues, drains and foundations, including related costs of excavations, grading and backfilling.
>
> The maximum we will pay per "occurrence" under this Extension is $25,000.00.

This provision directly addresses Third Street's claim for damages as it applies to underground pipes and foundations. The provision specifically limits the claim to $25,000 per "occurrence." Third Street asserts that each area where a leak exists is a separate "occurrence," while NAICO disagrees

with this assertion.

11.     The parties disagree as to whether there is coverage under the policy, and if there is coverage, what the maximum amount of coverage is.  The parties also disagree as to how many "occurrences" there are in this situation.  For these reasons, NAICO seeks a declaratory judgment holding that no coverage exists or in the alternative that coverage is limited to $25,000.

## JURY DEMAND

12.     NAICO demands a trial by jury for the determination of those fact issues, if any, which must underlie this Court's determination of matters of law.

## PRAYER

WHEREFORE, National American Insurance Company prays for this Court to enter a judgment declaring that there is no coverage under the policy, or, in the alternative, that the Court declare that the maximum amount Third Street can recover on their claim is $25,000.  National American Insurance Company also prays for such other and further relief to which it may be entitled.

Respectfully submitted,

By: _____
David Treat
State Bar No. 20205300
112 East Pecan, 27th Floor
San Antonio, Texas 78205
210.227.4195 [Telephone]
210.227.4602 [Telecopier]
ATTORNEY IN CHARGE FOR
NATIONAL AMERICAN INS. CO.

**OF COUNSEL:**

**LINDOW & TREAT, L.L.P.**