United States District Court
Southern District of Texas
FILED

MAR 24 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NATIONAL AMERICAN | § | CIVIL ACTION #C-00-035 |
| | § | |
| VS. | § | |
| | § | |
| THIRD STREET MEDICAL | § | |
| COMPLEX, LTD. | § | JURY DEMANDED |

## MOTION TO DISMISS

NOW COMES, NATIONAL AMERICAN INSURANCE COMPANY, Plaintiff, and files this Motion to Dismiss with Prejudice and shows the following:

1.  Plaintiff, National American, no longer wishes to pursue its claim for declaratory judgment against Defendant, Third Street Medical Complex, Ltd., and requests this court to dismiss this case with prejudice, all parties to bear their own costs of court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, National American Insurance Company, respectfully requests that this case be dismissed with prejudice and that each party bear their own costs.

Respectfully submitted,

By: _____
David Treat
State Bar No. 20205300
112 East Pecan, 27th Floor
San Antonio, Texas 78205
210.227.4195 [Telephone]
210.227.4602 [Telecopier]
ATTORNEY IN CHARGE FOR
NATIONAL AMERICAN INS. CO.

OF COUNSEL:
LINDOW & TREAT, L.L.P.

DLT/THIRD/19.0001/DISMISS.MOT/PLDGS

3.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION



| | | |
|---|---|---|
| NATIONAL AMERICAN | § | CIVIL ACTION #C-00-035 |
| | § | |
| VS. | § | |
| | § | |
| THIRD STREET MEDICAL | § | |
| COMPLEX, LTD. | § | JURY DEMANDED |

### ORDER GRANTING MOTION TO DISMISS

On the _____ day of _____, 2000, this Court considered the Plaintiff's Motion to Dismiss with Prejudice. This Court is of the opinion that the motion should be granted and that the case should be dismissed with prejudice, all parties to bear their own costs of suit.

IT IS, THEREFORE, ORDERED that this case is dismissed with prejudice to the rights of plaintiff to ever file said cause again and that all parties shall bear their own costs of suit.

SIGNED this _____ day of _____, 2000.

_____
H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

DLT/THIRD/19.0001/DISMISS.ORD/PLDGS