IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION



| | | |
|---|---|---|
| NATIONAL AMERICAN | § | CIVIL ACTION #C-00-035 |
| | § | |
| VS. | § | |
| | § | |
| THIRD STREET MEDICAL | § | |
| COMPLEX, LTD. | § | JURY DEMAND |

United States District Court
Southern District of Texas
ENTERED
APR 25 2000
Michael N. Milby, Clerk of Court

### ORDER GRANTING MOTION TO DISMISS

On the 25 day of April, 2000, this Court considered the Plaintiff's Motion to Dismiss with Prejudice. This Court is of the opinion that the motion should be granted and that the case should be dismissed with prejudice, all parties to bear their own costs of suit.

IT IS, THEREFORE, ORDERED that this case is dismissed with prejudice to the rights of plaintiff to ever file said cause again and that all parties shall bear their own costs of suit.

SIGNED this 25 day of April, 2000.

_____
H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

DLT/THIRD/19.0001/DISMISS.ORD/PLDGS